Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3104

BRYAN E. RACHAL,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Morris E. Fischer, Law Office of Morris E. Fischer, of Bethesda, Maryland, argued for petitioner.

Sara B. Rearden, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With her on the brief were B. Chad Bungard, General Counsel, and Keisha Dawn Bell, Deputy General Counsel.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3104

BRYAN E. RACHAL,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

# Judgment

ON APPEAL from the         Merit Systems Protection Board

in CASE NO(S).         DC1221080301-W-1.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

      Per Curiam (MAYER, FRIEDMAN, and GAJARSA, <u>Circuit Judges</u> )

                        <u>AFFIRMED</u>. <u>See</u> Fed. Cir. R. 36.

                               ENTERED BY ORDER OF THE COURT

DATED   December 9, 2009         _/s/ Jan Horbaly_
                                  Jan Horbaly, Clerk